IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MONTGOMERY HOUSING )<br>AUTHORITY, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:24cv166-MHT<br>(WO) |

OPINION AND ORDER

Plaintiff filed this action asserting discrimination, retaliation, and a variety of other claims against a local housing authority and its officials.  This case is before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss the complaint be denied as moot without prejudice to raising the arguments therein in response to the amended complaint.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, the court finds that the recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. 23) is adopted.

(2) The motion to dismiss (Doc. 17) is denied as moot, without prejudice to raising the arguments therein in response to the amended complaint.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 2nd day of July, 2024.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**