IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY,                )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>MONTGOMERY HOUSING            )<br>AUTHORITY, et al.,            )<br>                              )<br>     Defendants.              ) | CIVIL ACTION NO.<br>2:24cv166-MHT<br>(WO) |

## OPINION

Plaintiff filed this action asserting a wide variety of claims against a local housing authority, its employees, and commissioner. After plaintiff filed an amended complaint, defendants moved to dismiss. This case is before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss the complaint be granted and this case be dismissed with prejudice. Also before the court are plaintiff's objections to the recommendation. Upon an independent and de novo review of the record,

the court finds that plaintiff's objections should be overruled and the recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of February, 2025.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**