IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREGORY KELLY,                  )
                                )
     Plaintiff,                 )
                                )      CIVIL ACTION NO.
     v.                         )        2:24cv166-MHT
                                )            (WO)
MONTGOMERY HOUSING              )
AUTHORITY, et al.,              )
                                )
     Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiff's objections (Doc. 48) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. 47) is adopted.

(3) Defendants' motion to dismiss (Doc. 32) is granted, and this case is dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Federal Rules of Civil Procedure and this court's orders.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of February, 2025.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**